IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No. 1:14-cv-01748<br>MDL No. 2545<br><br>Honorable Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><u>Quinlan v. AbbVie Inc., et al.</u><br><br>Civil Action No. 1:16-cv-01553 | |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff EUGENE QUINLAN and counsel for Defendant ELI LILLY AND COMPANY, pursuant to Rule 41(a)(I)(A)(ii) of the Federal Rules of Civil Procedure, that any and all claims and counterclaims which were or could have been asserted by and between these parties, against one another, are hereby dismissed with prejudice and without costs or attorneys' fees to any party.


*/s/ Stuart L. Goldenberg*  
Stuart L. Goldenberg  
**GOLDENBERGLAW, PLLC**  
800 LaSalle Avenue, Suite 2150  
Minneapolis, MN 55402  

*Attorneys for Plaintiffs*

*/s/ David E. Stanley*  
David E. Stanley  
**REED SMITH LLP**  
355 S. Grand Avenue, Suite 2900  
Los Angeles, CA 90071  

*Attorneys for Defendants Eli Lilly and Company*

1

**CERTIFICATE OF SERVICE**

  I, David E. Stanley, hereby certify that on February 26, 2016, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                     */s/ David E. Stanley*