IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Quinlan v. AbbVie, Inc. et al.*,<br>Case No. 1:16-cv-1553 | MDL No. 2545<br><br>Master Docket Case No. 14-cv-01748<br><br>Honorable Matthew F. Kennelly |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel indicated below, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiff Eugene Quinlan ("Plaintiff") hereby dismisses his claims against defendants Endo Pharmaceuticals Inc., Auxilium Pharmaceuticals, Inc., and GlaxoSmithKline LLC with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: March 8, 2016

Respectfully submitted,

/s/ Stuart L. Goldenberg (with permission)
Stuart L. Goldenberg
GOLDENBERGLAW, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
(612) 333-4662
Email: slgoldenberg@goldenberglaw.com

*Attorneys for Plaintiffs*

/s/ Andrew K. Solow
Andrew K. Solow
KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
(212) 836-7740
Email: Andrew.Solow@kayescholer.com

*Attorneys for Endo Pharmaceuticals, Inc., Auxilium Pharmaceuticals, Inc., and GlaxoSmithKline LLC*

## CERTIFICATE OF SERVICE

I, Andrew K. Solow, hereby certify that on March 8, 2016, the foregoing Joint Stipulation of Dismissal With Prejudice was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record. A courtesy copy will also be served via email to Stuart L. Goldenberg at slgoldenberg@goldenberglaw.com and to Michelle L. Kranz at Pservice@toledolaw.com.

Dated: March 8, 2016 /s/ Andrew K. Solow

Andrew K. Solow