# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE:  TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | Case No.  1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |
| THIS DOCUMENT RELATES TO:<br><br>Eugene Quinlan<br>Case No. 1:16-cv-01553<br><br>v.<br><br>AbbVie Inc., et al. | |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant, Actavis Inc., pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii).

| | |
|---|---|
| */s/ Stuart L. Goldenberg* | */s/ K.C. Green* |
| Stuart L. Goldenberg | Joseph P. Thomas |
| GOLDENBERG LAW, PLLC | Jeffrey F. Peck |
| 800 LaSalle Avenue, Suite 2150 | K.C. Green |
| Minneapolis, MN 55402 | Jeffrey D. Geoppinger |
| Phone:  (612) 333-4662 | ULMER & BERNE LLP |
| Email:  slgoldenberg@goldenberglaw.com | 600 Vine Street, Suite 2800 |
| *Counsel for Plaintiff* | Cincinnati, OH 45202 |
| | Phone:  (513) 698-5000 |
| | Email: kcgreen@ulmer.com |
| | *Counsel for Actavis, Inc.* |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 9, 2016, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ K. C. Green* _____