UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Eugene Quinlan
                        Plaintiff,

v.                                          Case No.: 1:16−cv−01553
                                          Honorable Matthew F. Kennelly

AbbVie, Inc., et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Sunday, April 10, 2016:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's claims against defendants Endo Pharmaceuticals, Inc., GlaxoSmithKline LLC, Pfizer, Inc., Auxilium Parmaceuticals, Inc. and Eli Lilly and Company are dismissed with prejudice and without costs pursuant to stipulation. The case remains pending as to the other named defendants. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.